| Doe | Related Title | Hit Date | File Hash | Host IP Address | ISP | Rights Owner | Location | Region |
|---|---|---|---|---|---|---|---|---|
| 1 | Elf-Man, LLC | 02/28/2013 07:19:27 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 97.85.208.120 | Charter Communications | Vision Films | Mexico | Missouri |
| 2 | Elf-Man, LLC | 02/12/2013 01:24:21 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 75.134.193.168 | Charter Communications | Vision Films | Cape Girardeau | Missouri |
| 3 | Elf-Man, LLC | 02/03/2013 06:35:51 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 75.134.199.183 | Charter Communications | Vision Films | Cape Girardeau | Missouri |
| 4 | Elf-Man, LLC | 01/08/2013 12:59:22 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 71.14.75.99 | Charter Communications | Vision Films | Saint Louis | Missouri |
| 5 | Elf-Man, LLC | 12/30/2012 07:39:11 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 24.217.231.172 | Charter Communications | Vision Films | Ballwin | Missouri |
| 6 | Elf-Man, LLC | 12/20/2012 11:32:40 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 97.87.99.49 | Charter Communications | Vision Films | Cape Girardeau | Missouri |
| 7 | Elf-Man, LLC | 12/19/2012 07:55:12 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 97.85.135.168 | Charter Communications | Vision Films | Florissant | Missouri |
| 8 | Elf-Man, LLC | 12/16/2012 11:41:02 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 96.35.238.222 | Charter Communications | Vision Films | Sikeston | Missouri |
| 9 | Elf-Man, LLC | 12/13/2012 12:54:21 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 75.134.199.183 | Charter Communications | Vision Films | Cape Girardeau | Missouri |
| 10 | Elf-Man, LLC | 12/11/2012 12:52:01 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 97.85.145.48 | Charter Communications | Vision Films | Florissant | Missouri |
| 11 | Elf-Man, LLC | 12/09/2012 08:03:12 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 24.107.188.217 | Charter Communications | Vision Films | Saint Louis | Missouri |
| 12 | Elf-Man, LLC | 12/06/2012 11:17:34 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 97.85.135.117 | Charter Communications | Vision Films | Florissant | Missouri |
| 13 | Elf-Man, LLC | 12/05/2012 10:17:58 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 24.217.101.61 | Charter Communications | Vision Films | Saint Louis | Missouri |
| 14 | Elf-Man, LLC | 12/04/2012 01:14:17 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 75.134.204.30 | Charter Communications | Vision Films | Cape Girardeau | Missouri |
| 15 | Elf-Man, LLC | 12/02/2012 02:01:38 PM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 96.35.234.164 | Charter Communications | Vision Films | Sikeston | Missouri |
| 16 | Elf-Man, LLC | 12/02/2012 03:48:20 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 71.85.210.130 | Charter Communications | Vision Films | Lake Saint Louis | Missouri |
| 17 | Elf-Man, LLC | 12/01/2012 06:04:30 AM | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | 24.240.187.184 | Charter Communications | Vision Films | Arnold | Missouri |



EXHIBIT B