UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELF-MAN, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13 CV 576 RWS |
| | ) |
| DOES 1–17, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's motion to modify certain dates in my May 6, 2013 order in this matter [#10] is **GRANTED**.  My order of May 6, 2013 is modified as follows:

(1)  The third party ISPs shall serve Does 1–17 with a copy of the Rule 45 subpoena, a copy of this order, and a copy of my May 6, 2013 order no later than **July 19, 2013**;

(2)  Does 1–17 may file any motions with this Court contesting the subpoena, as well as any request to litigate the subpoena anonymously, no later than **August 19, 2013**;

(3) Plaintiff shall file a response to any Doe motions no later than **September 13, 2013**.  Reply briefs shall be filed by the moving Doe defendants no later than

**September 25, 2013**;

(4) The ISPs shall produce to Plaintiff Elf-Man, LLC the information responsive to the subpoena (as to any <u>non-moving</u> Doe defendant(s) only) no later than **September 6, 2013**.

*[signature]*

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 31st day of May, 2013.